Dismissed and Memorandum Opinion filed August 6, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00551-CR

____________

 

JOSE MORQUECHO,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
228th District Court

 Harris County, Texas

Trial Court Cause Nos. 1140168

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to aggravated robbery with a
deadly weapon.  The trial court deferred adjudicating guilt and placed
appellant on community supervision for a term of five years.  Subsequently, the
State moved to adjudicate guilt.  Appellant entered a plea of true to the
motion.  The trial court adjudicated guilt and sentenced appellant on May 13,
2009, to confinement for ten years in the Institutional Division of the Texas
Department of Criminal Justice.  Appellant filed a pro se notice of appeal.  We
dismiss the appeal.  








The record reflects appellant waived his right of appeal as
part of his agreement to plead true to the motion to adjudicate guilt.  In
exchange, the State recommended appellant be sentenced to confinement for ten
years in the Institutional Division of the Texas Department of Criminal Justice.
 Negotiated waivers of the right of appeal are valid if the defendant waived
the right of appeal knowing with certainty the punishment that would be
assessed.  See Monreal v. State, 99 S.W.3d 615 (Tex. Crim. App. 2003). 
Appellant was fully aware of the likely consequences when he waived his right
to appeal and was sentenced by the trial court in accordance with the State=s  recommendation.  See Blanco
v. State, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000).  

Accordingly, we dismiss the appeal.         

 

PER CURIAM

 

 

Panel consists of Justices
Anderson, Guzman, and Boyce.

Do Not Publish C Tex. R. App. P. 47.2(b)